# Exhibit A



**NEAL GERBER EISENBERG**

March 18, 2019

Antony J. McShane
Attorney at Law

Tel 312.269.8486
Fax 312.578.2808
amcshane@nge.com

## VIA EMAIL & FEDERAL EXPRESS

Jennifer Becker
Associate General Counsel
Otter Products, LLC
209 S. Meldrum St.
Fort Collins, CO 80521

Re:  **Unauthorized Use of OTTER + POP Mark**

Dear Ms. Becker:

We represent Jel Sert Co. in intellectual property matters. Since 1926, Jel Sert has marketed numerous grocery items, soft drink products and frozen confections. Jel Sert's most popular products include its famous OTTER*POPS ice bars.

Since launching OTTER*POPS in 1970, Jel Sert and its predecessors have invested substantial time, effort and resources in marketing and promoting products under the OTTER*POPS mark. As a result, OTTER*POPS ice bars have enjoyed enduring popularity with multiple generations of consumers. Currently, Americans consume more than 300 million OTTER*POPS ice bars a year.

Over the years, the OTTER*POPS brand has become iconic in American popular culture. The brand has been referenced in popular media (without any product placement) for more than 20 years, including on major television shows such as Extra, American Dad!, Two and a Half Men, The Big Bang Theory, Jeopardy!, and Jimmy Kimmel Live. The OTTER*POPS mark also generates tremendous excitement among consumers. In 2018 alone, the mark generated 1.3 billion impressions and 443 million mentions on social media. An original song titled "Otter Pops" by independent artist Shawn Wasabi was shared, remixed and viewed more than 50 million times. This extraordinary consumer recognition and goodwill in the OTTER*POPS mark make it one of Jel Sert's most valuable assets. To protect its rights, Jel Sert has maintained multiple federal trademark registrations for the mark (with and without the asterisk) since 1983, including Reg. Nos. 1,259,568, 2,074,056 and 3,887,177, copies of which are attached hereto.

It has come to our attention that Otter Products, along with PopSockets LLC, has begun advertising a forthcoming series of cellular phone cases with integrated grips under the mark OTTER + POP. We understand that Otter Products approached our client regarding a collaborative marketing effort featuring OTTER*POPS ice bars. Our client indicated an interest in the potential collaboration but expressed concerns about dilution of its OTTER*POPS mark. We further understand that Otter Products provided our client with product packaging and point-of-sale materials that did not include the OTTER + POP mark. However, at some point after these initial discussions, Otter Products decided to proceed with the OTTER + POP mark without Jel Sert's involvement or permission, despite knowing of our client's concerns.

 **NEAL GERBER EISENBERG**

Jennifer Becker
March 18, 2019
Page 2

As our client has already indicated, such unauthorized use of a mark that is virtually identical to our client's renowned OTTER*POPS mark will dilute the reputation and goodwill of our client's mark, in violation of federal and state trademark, anti-dilution and unfair competition laws. Accordingly, Otter Products (and PopSockets) may be subject to an injunction forbidding use of the OTTER + POP mark. Given Otter Products' knowledge of Jel Sert's objection, Otter Products may also be subject to a claim for damages for willful dilution of the OTTER*POPS mark.

Nonetheless, Jel Sert would prefer to resolve this matter amicably and without resorting to litigation. To do so, however, we require your written confirmation that Otter Products will cease all use of the OTTER + POP mark and will rename the products at issue with a mark that is not similar to OTTER*POPS. We further require your written agreement to destroy all existing product packaging and marketing materials bearing the OTTER + POP mark.

We look forward to your prompt response.

Very truly yours,

*/s/ Antony J. McShane*

Antony J. McShane

AJM:asf

Attachments

Email to: jennifer.becker@otterproducts.com

29086361.3

3/18/2019                                   Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 18 05:22:30 EDT 2019

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ]
[ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:        OR [ Jump ] to record:        **Record 10 out of 13**

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# OTTER*POPS

| | |
|---|---|
| **Word Mark** | OTTER*POPS |
| **Goods and Services** | IC 032. US 045 046 048. G & S: FRUIT FLAVORED SOFT DRINKS. FIRST USE: 20100903. FIRST USE IN COMMERCE: 20100903 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks<br>VEG Plant life such as trees, flowers, fruits, grains, nuts, wreaths, and leaves |
| **Serial Number** | 77710736 |
| **Filing Date** | April 9, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 11, 2009 |
| **Registration Number** | 3887177 |
| **Registration Date** | December 7, 2010 |
| **Owner** | (REGISTRANT) The Jel Sert Company CORPORATION ILLINOIS Highway 59 and Conde Street West Chicago ILLINOIS 60185 |
| **Attorney of Record** | Laurel V. Dineff |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POPS" APART FROM THE MARK AS SHOWN |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 18 05:22:30 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 12 out of 13**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## OTTER POPS

| | |
|---|---|
| **Word Mark** | OTTER POPS |
| **Goods and Services** | IC 030. US 046. G & S: flavored liquid in packages for use in making frozen fruit ices. FIRST USE: 19700400. FIRST USE IN COMMERCE: 19700400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75171309 |
| **Filing Date** | July 29, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 1997 |
| **Registration Number** | 2074056 |
| **Registration Date** | June 24, 1997 |
| **Owner** | (REGISTRANT) Jel Sert Co., The CORPORATION ILLINOIS Highway 59 and Conde Street West Chicago ILLINOIS 60187 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1259568 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POPS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170626. |
| **Renewal** | 2ND RENEWAL 20170626 |

3/18/2019            Trademark Electronic Search System (TESS)

| Live/Dead Indicator | LIVE |
|---|---|

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

3/18/2019            Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 18 05:22:30 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 13 out of 13**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | OTTER POPS |
| **Goods and Services** | IC 030. US 046. G & S: Fruit Flavored Liquid for Use in Making Frozen Fruit Ices. FIRST USE: 19700400. FIRST USE IN COMMERCE: 19700400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>29.01.07 - Inconspicuous designs functioning as punctuation or parts of letters; Small, inconspicuous design elements functioning as punctuation or parts of letters |
| **Serial Number** | 73349929 |
| **Filing Date** | February 12, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 6, 1983 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1259568 |
| **Registration Date** | November 29, 1983 |
| **Owner** | (REGISTRANT) NATIONAL PAX CORPORATION CORPORATION DELAWARE 300 ROLYN PLACE ARCADIA CALIFORNIA 91006<br><br>(LAST LISTED OWNER) JEL SERT CO., THE CORPORATION ILLINOIS HIGHWAY 59 AND CONDE STREET PO BOX 261 WEST CHICAGO ILLINOIS 60185 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

3/18/2019          Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | LAURIE PEARD SOLER |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POPS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131029. |
| **Renewal** | 2ND RENEWAL 20131029 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY