# Exhibit C



July 19, 2019

Antony J. McShane
Attorney at Law

Tel 312.269.8486
Fax 312.578.2808
amcshane@nge.com

**VIA EMAIL & FEDERAL EXPRESS**

Jennifer Becker
Associate General Counsel
Otter Products, LLC
209 S. Meldrum St.
Fort Collins, CO 80521

      Re:    **Unauthorized Use of OTTER + POP Mark**

Dear Jennifer:

    I understand that our clients have attempted unsuccessfully to find a business resolution to Jel Sert's objection to Otter Products' use of the OTTER + POP trademark.

    The issues that have impeded a business resolution are (i) whether, as Jel Sert believes, the continued use of the mark OTTER + POP without Jel Sert's consent and involvement will dilute the value and distinctiveness of Jel Sert's long-registered and well-known OTTER*POPS mark, particularly where the mark enjoys the most fame, namely on the West Coast and, principally, in California; and (ii) whether Otter Products will agree to cease use of the term OTTER + POP after the joint marketing program that has been proposed has ended. Given the nature of the marketing proposals, Jel Sert has proposed that the use of the OTTER + POP mark be discontinued after December 2020. However, I understand Otter Products is unwilling to make any such commitment, and the parties therefore appear to be at an impasse.

    I have been asked to contact you a final time to see if there is some other solution that might be possible before our clients put their resources toward litigating this matter. To more fully articulate Jel Sert's concerns, and the legal basis of its objection, I have enclosed a draft Complaint that Jel Sert intends to file in the Central District Court of California should we be unable to come to a resolution. I would appreciate your confirming that Otter Products will not agree to cease use of the term OTTER + POP within the time frame Jel Sert has suggested. If that remains Otter Products' final position, perhaps you and I can have a final conversation to discuss whether we see any other way of resolving this matter amicably.

    I look forward to hearing from you.

                                      Very truly yours,

                                      Antony J. McShane

AJM:dec

Enclosure

29534665.2

Two North LaSalle Street | Chicago, Illinois 60602-3801 | 312.269.8000 | nge.com