# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| Otter Products, LLC,           )<br>                                )<br>         *Plaintiffs*,            )<br>                                )<br>    v.                          )<br>                                )<br> The Jel Sert Co.,              )<br>                                )<br>         *Defendant*.            )<br>                                ) | Case No.: 1:19-cv-02126 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses of all claims and counterclaims in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 30, 2019

                                          Jointly submitted,

                                          By: */s/ Ryan James Fletcher*
                                          Ryan James Fletcher, Ph.D., #43027
                                          MERCHANT & GOULD P.C.
                                          1801 California St., Suite 3300
                                          Denver, CO 80202
                                          Telephone: 303.357.1670
                                          Facsimile: 612.332.9081

                                          Heather Kliebenstein
                                          MERCHANT & GOULD P.C.
                                          150 South Fifth Street, Suite 2200
                                          Minneapolis, MN 55402

Telephone: 612.332.5300
Facsimile: 612.332.9081

Ian McFarland
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Telephone: 865.380.5960
Facsimile: 612.332.9081

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2019, a true and accurate copy of the **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF System to:

Cindy Coles Oliver
Nathan B. Thoreson
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 17th St., Suite 3000
Denver, CO 80202

Antony J. McShane
Andrew Fraker
NEAL, GERBER & EISENBERG LLP
2 North LaSalle St., Suite 1700
Chicago, IL 60602

*/s/ Shannon Maney*_____
Shannon Maney